JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| XIA CHE, | ) | CASE NO. CV 11-3602-DMG (MRWx) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER OF DISMISSAL** [20] |
| MNET FINANCIAL, INC., | ) ) | |
| Defendant. | ) ) | |

Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice.  Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: December 20, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1